**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

HAKEEM ABDUL BUTLER,                    :    CIVIL ACTION
                                        :
              Petitioner                :
                                        :
      v.                                :    NO. 06-0653
                                        :
HARRY E. WILSON, SUPERINTENDENT,:
et al.,                                 :
                                        :
              Respondents               :
_____:

**ORDER**

AND NOW, this 31st day of January, 2007, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Arnold C. Rapoport dated December 27, 2006, IT IS HEREBY ORDERED that:

1.    the R&R is APPROVED and ADOPTED;

2.    Objections are overruled;

3.    the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

4.    there is no probable cause to issue a certificate of appealability.

BY THE COURT:


_/s/ Edmund V. Ludwig_____
EDMUND V. LUDWIG, J.